UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x

WAGERLOGIC LIMITED,                                   :

                Plaintiff and Counter-Defendant,   :   Civil Action No. 11 CV 4310

- against -                                           :

                                                              **RULE 7.1**

PARAMOUNT DIGITAL                                     :   **DISCLOSURE**
ENTERTAINMENT, a division of
PARAMOUNT PICTURES CORPORATION,                       :

                Defendant and Counter-Plaintiff,    :

- against -                                           :

CRYPTOLOGIC LIMITED and                               :
GAMING PORTALS LIMITED,
                                                      :
                Third-Party Defendants.
                                                      :

------------------------------------------------------------------ x

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel of record certifies that Paramount Digital Entertainment is a non-governmental corporate party and is a division of Paramount Pictures Corporation, which itself is a wholly-owned subsidiary of Viacom Inc.  Viacom Inc. is a publicly held company with no parent corporation and no publicly held corporation owns 10% or more of its stock.

Dated: New York, New York
October 18, 2011

                                            GAGE SPENCER & FLEMING LLP

                                            _____
                                            G. Robert Gage, Jr.
                                            grgage@gagespencer.com

410 Park Avenue
New York, New York 10022
(212) 768-4900

*Attorneys for Paramount Digital Entertainment*