UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X

WAGERLOGIC LIMITED,                                  :

                Plaintiff and Counter-Defendant,   :   Civil Action No. 11 CV 4310

     - against -                                   :

PARAMOUNT DIGITAL                                    :
ENTERTAINMENT, a division of
PARAMOUNT PICTURES CORPORATION,                      :

                Defendant and Counter-Plaintiff,   :

     - against -                                   :

CRYPTOLOGIC LIMITED and                              :
GAMING PORTALS LIMITED,

                Third-Party Defendants.           :

                                                  :

------------------------------------------------------------------- X

## CERTIFICATE OF SERVICE

I hereby certify that on October 18, 2011, I electronically served an Answer, Counterclaims and Third-Party Complaint and Rule 7.1 Disclosure with the Clerk of Court using the ECF system which will send notification of such filing via electronic mail to counsel of record. On October 20, 2011, I served the Summons and Answer, Counterclaims and Third-Party Complaint and Rule 7.1 Disclosure upon:

        Lawrence Kill, Esq.
        Anderson Kill & Olick, P.C.
        1251 Avenue of the Americas
        New York, New York 10020

by depositing true copies of the same enclosed in a postpaid, properly addressed wrapper, in an

official depository under the exclusive care and custody of the United States Post Office within the State of New York.

Dated: New York, New York
October 20, 2011

GAGE SPENCER & FLEMING LLP

*/s/ Sara J. Daugherty*
Sara J. Daugherty
sdaugherty@gagespencer.com
410 Park Avenue
New York, New York 10022
(212) 768-4900

*Attorneys for Paramount Digital Entertainment*