```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/3/11
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WAGERLOGIC LIMITED,

        Plaintiff,

vs.

PARAMOUNT DIGITAL ENTERTAINMENT, a division of PARAMOUNT PICTURES CORPORATION,

        Defendant and
        Counter-Plaintiff,

vs.

CRYPTOLOGIC LIMITED and GAMING PORTALS LIMITED,

        Third-Party Defendants.

Civil Action No. 11 CV 4310(BSJ)(DCF)

**STIPULATION AND ORDER**

WHEREAS, plaintiff WagerLogic Limited served a summons and complaint on defendant Paramount Digital Entertainment, a division of Paramount Pictures Corporation ("Paramount") on September 29, 2011 and Paramount answered the complaint, served counterclaims and filed a Third-Party Complaint against Cryptologic Limited and Gaming Portals Limited on October 18, 2011, it is hereby stipulated and agreed by and between counsel for the parties herein that:

    1.    The Third-Party Complaint shall be deemed served as of the date hereof on Third-Party Defendants, with the understanding that the rights and defenses of such Third-Party Defendants, except as to service of said Third-Party Complaint, are preserved and not waived, including but not limited to the jurisdiction of the Court over the person of such Third-Party Defendants; and

2. The time for plaintiff to respond to the counterclaims herein and Third-Party Defendants to respond the Third-Party Complaint is extended to and including December 2, 2011.

Dated: New York, New York
October 25, 2011

ANDERSON KILL & OLICK, P.C.

By: _____
Lawrence Kill (LK-2685)
1251 Avenue of the Americas
New York, NY 10020
Tel: 212-278-1722

Attorneys for Plaintiff and Third-Party Defendants

GAGE SPENCER & FLEMING LLP

By: _____
G. Robert Gage, Jr.
410 Park Avenue, Suite 900
New York, NY 10020
Tel: 212-768-4900

application granted.

Attorneys for Defendant and Counter-Plaintiff Paramount Digital Entertainment, a division of Paramount Pictures Corporation

SO ORDERED:

_____
USDJ
11/3/11