UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WAGERLOGIC LIMITED,

                    Plaintiff,

         vs.

PARAMOUNT DIGITAL ENTERTAINMENT, a          Civil Action No.  11 CV 4310(BSJ)(DCF)
division of PARAMOUNT PICTURES
CORPORATION,

                    Defendant and
                    Counter-Plaintiff,          **RULE 7.1 DISCLOSURE**

         vs.

CRYPTOLOGIC LIMITED and GAMING
PORTALS LIMITED,

                    Third-Party Defendants.

                    Third-Party Defendants CryptoLogic Limited and Gaming Portals Limited,

by and through their undersigned counsel, hereby make the following disclosure

pursuant to Federal Rule of Civil Procedure 7.1:  Gaming Portals Limited  is a wholly

owned subsidiary of CryptoLogic Limited, which is a corporation organized under the

laws of  Guernsey, and which trades under the symbol CRY on the Toronto Stock

Exchange, CRYP on the NASDAQ Global Select Market, and CRP on the Main Market

of the London Stock Exchange.

Dated:   New York, New York
         November 3, 2011

                              ANDERSON KILL & OLICK, P.C.

                    By:   _____
                              Lawrence Kill (LK-2685)
                              1251 Avenue of the Americas
                              New York, NY  10020
                              Tel: 212-278-1722

                              Attorneys for Third-Party Defendants
                              Cryptologic Limited and Gaming Portals
                              Limited