USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/7/11

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------- x
WAGERLOGIC LIMITED,                                      :
               Plaintiff and Counter-Defendant, :  Civil Action No.
                                                        11-CV-4310 (BSJ)
      - against -                                       :

PARAMOUNT DIGITAL                                        :
ENTERTAINMENT, a division of
PARAMOUNT PICTURES CORPORATION,                          :

               Defendant and Counter-Plaintiff,  :

      - against -                                       :

CRYPTOLOGIC LIMITED and                                  :
GAMING PORTALS LIMITED,
                                                   :
              Third-Party Defendants.
                                                 :
-------------------------------------------------------- x

## STIPULATION AND PROPOSED ORDER

WHEREAS, plaintiff and counter-defendant WagerLogic Limited ("WagerLogic") served a Motion for Summary Judgment for its claim against defendant and counter-plaintiff Paramount Digital Entertainment, a division of Paramount Pictures Corporation ("Paramount") on November 22, 2011, *it is hereby stipulated and agreed by and between counsel for the parties herein that:*

    1. Paramount shall file a response to WagerLogic's Motion for Summary Judgment on or before January 13, 2012 ("Paramount's Response").

2. WagerLogic shall file a reply to Paramount's Response on or before February 3, 2012.

Dated: New York, New York
December 1, 2011

GAGE SPENCER & FLEMING LLP

G. Robert Gage, Jr.
Sara Jane Daugherty
410 Park Avenue, Suite 900
New York, New York 10022
Telephone: (212) 768-4900
Facsimile:  (212) 768-3629

*Attorneys for Defendant and Counter-Plaintiff
Paramount Digital Entertainment, a Division of
Paramount Pictures Corporation*

ANDERSON KILL & OLICK, P.C.

Lawrence Kill
1251 Avenue of the Americas
New York, New York 10020
Telephone: (212) 278-1722

*Attorneys for Plaintiff and Counter-Defendant
WagerLogic Limited and Third-Party Defendants
Cryptologic Limited and Gaming Portals Limited*

SO ORDERED:

Hon. Barbara S. Jones, U.S.D.J.
Southern District of New York

12/6/11

2