USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/20/11

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

WAGERLOGIC LIMITED,

                    Plaintiff,

-against-

PARAMOUNT DIGITAL ENTERTAINMENT,
GAMING PORTALS LIMITED, and
CRYPTOLOGIC LIMITED,

                    Defendants.
------------------------------------------------------------------X

11 Civ. 04310 (BSJ) (DF)

**SCHEDULING ORDER**

**DEBRA FREEMAN, United States Magistrate Judge:**

The Court having held an initial pretrial conference on December 13, 2011, with counsel for all parties, it is hereby ORDERED, as stated on the record at that conference, that the parties shall comply with the following schedule for pretrial proceedings in this action:

1. The parties' initial disclosures pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure shall be made no later than January 6, 2012.

2. The parties' initial document requests and interrogatories shall be served no later than January 20, 2012.

3. Motions to amend the pleadings or to join any additional parties shall be served and filed no later than March 23, 2012.

4. All fact discovery shall be completed by June 1, 2012.

1

5. Counsel shall participate in a follow-up telephone conference call with this Court on February 29, 2012 at 10:00 a.m., and are directed to initiate such a call jointly to my chambers, on that date.

Dated: New York, New York
December 20, 2011

SO ORDERED

*/s/ Debra Freeman*
DEBRA FREEMAN
United States Magistrate Judge

Copies to:

All Counsel (via ECF)