Jones, J

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/22/11
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x

WAGERLOGIC LIMITED,

              Plaintiff and Counter-Defendant,

    - against -

PARAMOUNT DIGITAL
ENTERTAINMENT, a division of
PARAMOUNT PICTURES CORPORATION,

              Defendant and Counter-Plaintiff,

    - against -

CRYPTOLOGIC LIMITED and
GAMING PORTALS LIMITED,

              Third-Party Defendants.

----------------------------------------------------------------x

Civil Action No.
11-CV-4310

### STIPULATION AND PROPOSED ORDER

WHEREAS, Third-Party Defendant Cryptologic Limited ("Cryptologic") served a counter-claim against Third-Party Plaintiff Paramount Digital Entertainment, a division of Paramount Pictures Corporation ("Paramount"), on December 2, 2011, it is hereby stipulated and agreed by and between counsel for the parties herein that Paramount shall move, answer or

otherwise respond to Cryptologic's counter-claim on or before January 13, 2012.

Dated: New York, New York
December 19, 2011

GAGE SPENCER & FLEMING LLP

G. Robert Gage, Jr.
Sara Jane Daugherty
410 Park Avenue, Suite 900
New York, New York 10022
Telephone: (212) 768-4900
Facsimile: (212) 768-3629

*Attorneys for Defendant and Counter-Plaintiff Paramount Digital Entertainment, a Division of Paramount Pictures Corporation*

ANDERSON KILL & OLICK, P.C.

Lawrence Kill
1251 Avenue of the Americas
New York, New York 10020
Telephone: (212) 278-1722

*Attorneys for Plaintiff and Counter-Defendant WagerLogic Limited and Third-Party Defendants Cryptologic Limited and Gaming Portals Limited*

SO ORDERED:

Hon. Barbara S. Jones, U.S.D.J.
Southern District of New York

12/22/11

2