UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x

WAGERLOGIC LIMITED,                                                :

                Plaintiff and Counter-Defendant,   :   Civil Action No. 11 CV 4310

    - against -                                                 :
                                                                 **REPLY OF PARAMOUNT DIGITAL**
PARAMOUNT DIGITAL
ENTERTAINMENT, a division of                                  :   **ENTERTAINMENT TO CRYPTOLOGIC**
PARAMOUNT PICTURES CORPORATION,          :   **LIMITED'S COUNTERCLAIM**

                Defendant and Counter-Plaintiff,    :

    - against -                                                 :

CRYPTOLOGIC LIMITED and                                     :
GAMING PORTALS LIMITED,
                                                              :
                Third-Party Defendants.
                                                                  :

------------------------------------------------------------------- x

## REPLY

        Defendant Paramount Digital Entertainment, a division of Paramount Pictures Corporation ("Paramount," "Defendant" or "Counter-Plaintiff"), for its Reply to the Counterclaim (the "Reply") interposed against it by Third-Party Defendant Cryptologic ("Cryptologic," and "Third-Party Defendant"), states as follows:

        1.    Paramount denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 122 of the Reply.

        2.    Paramount denies the allegations contained in paragraph 123 of the Reply.

        3.    Paramount denies the allegations contained in paragraph 124 of the Reply.

        4.    Paramount denies the allegations contained in paragraph 125 of the Reply.

5. Paramount denies the allegations contained in paragraph 126 of the Reply.

## AFFIRMATIVE DEFENSES

### First Affirmative Defense

6. The Reply fails to state a cause of action or claim upon which relief can be granted.

### Second Affirmative Defense

7. Cryptologic's claims are barred, in whole or in part, by the doctrines of estoppel, waiver, and laches.

### Third Affirmative Defense

8. Cryptologic's claims are barred, in whole or in part, by Cryptologic's unclean hands.

### Fourth Affirmative Defense

9. The Reply fails to state a cause of action or claim upon which an award of damages, attorneys' fees, costs or other disbursements and/or relief can be granted.

### Fifth Affirmative Defense

10. Cryptologic's claims are barred, in whole or in part, because Plaintiff lacks standing to bring one or more of the claims and/or are not the real parties in interest.

### Sixth Affirmative Defense

11. Cryptologic's claims are barred because its own acts or omissions caused the alleged injury and damages complained of in this lawsuit.

### Seventh Affirmative Defense

12. Cryptologic's claims are barred because acts or omissions of third parties caused the alleged injury and damages complained of in this lawsuit.

### Eighth Affirmative Defense

13. Cryptologic's declaratory judgment claim is barred as a matter of law because Plaintiff has an adequate remedy at law.

New York, New York
January 13, 2011

                            GAGE SPENCER & FLEMING LLP

                            _____
                            G. Robert Gage, Jr.
                            grgage@gagespencer.com
                            Sara Jane Daugherty
                            sdaugherty@gagespencer.com
                            410 Park Avenue, Suite 900
                            New York, New York 10022
                            Telephone: (212) 768-4900
                            Facsimile:  (212) 768-3629

                            *Attorneys for Paramount Digital Entertainment, a Division of Paramount Pictures Corporation*