AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

WAGERLOGIC LIMITED,

               Plaintiff,    )
                                )
v.                                )
                                )   Case No.   11 CV 4310 (BSJ) (DCF)
PARAMOUNT DIGITAL ENTERATAINMENT, a division of   )
PARAMOUNT PICTURES CORPORATION,   )
                                )
             Defendant.

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff, WAGERLOGIC LIMITED and Third-party defendants, CRYPTOLOGIC LIMITED, and GAMING PORTALS LIMITED.

Date:   01/23/2012

                                              *Attorney's signature*

                                              Jeffrey E. Glen, Esq.
                                              *Printed name and bar number*

                                              Anderson Kill & Olick, P.C.
                              1251 Avenue of the Americas, NY, NY 10020
                                              *Address*

                                              jglen@andersonkill.com
                                              *E-mail address*

                                              (212) 278-1000
                                              *Telephone number*

                                              (212) 278-1733
                                              *FAX number*