# GAGE SPENCER & FLEMING LLP

ATTORNEYS AT LAW

410 PARK AVENUE

NEW YORK, NEW YORK 10022

TELEPHONE: (212) 768-4900
FACSIMILE: (212) 768-3629
E-MAIL: info@gagespencer.com



February 22, 2012



USDC SDNY
DOCUMF'
ELECTRO: AL. Y
DOC #
DATE ".ED: 2/22/12

Via Facsimile

The Honorable Debra Freeman
United States Magistrate Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re: *WagerLogic Limited v. Paramount Digital Entertainment*
*Civil Action No. 11-CV-4310*

Dear Judge Freeman:

We represent Paramount Digital Entertainment in the above-referenced matter. We write with the consent of all parties to advise the Court that the parties complied with the Court's Scheduling Order dated December 20, 2011 and served initial document requests and interrogatories on January 20, 2012. We write to further advise the Court that the parties have agreed to serve their responses to the requests and interrogatories on Friday, February 24, 2012, and respectfully request the Court's permission for this schedule.

We appreciate the Court's consideration of this request.

**SO ORDERED:** DATE: 2/22/12

_____
**DEBRA FREEMAN**
**UNITED STATES MAGISTRATE JUDGE**

Respectfully submitted,

_____
G. Robert Gage, Jr.

cc: Lawrence Kill, Esq. (counsel for WagerLogic Limited, Cryptologic Limited and Gaming Portals Limited)