**RECEIVED**
MAR 15 2012
CHAMBERS OF
DEBRA FREEMAN
U.S.M.J.

## GAGE SPENCER & FLEMING LLP

ATTORNEYS AT LAW

410 PARK AVENUE

NEW YORK, NEW YORK 10022

TELEPHONE: (212) 768-4900
FACSIMILE: (212) 768-3629
E-MAIL: info@gagespencer.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/19/2012

March 15, 2012

Via Facsimile

The Honorable Debra Freeman
United States Magistrate Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re: *WagerLogic Limited v. Paramount Digital Entertainment,*
*Civil Action No. 11-CV-4310*

**MEMO ENDORSED**

Dear Judge Freeman:

We represent Paramount Digital Entertainment in the above-referenced matter.

Pursuant to our telephone conference with the Court this afternoon, the parties jointly request to extend the date to serve and file motions to amend the pleadings or to join any additional parties to April 30, 2012.

Respectfully submitted,

*/s/ G. Robert Gage, Jr.*

G. Robert Gage, Jr.

cc: Lawrence Kill, Esq.
Jeffrey Glen, Esq.
*Counsel for Plaintiff and Third-Party Defendants*

SO ORDERED: DATE: 3/19/12

_____
DEBRA FREEMAN
UNITED STATES MAGISTRATE JUDGE