UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/24/12
```

WAGERLOGIC LIMITED,                                               :

                                        Plaintiff,                :          11 Civ. 04310 (BSJ) (DF)

                 -against-                                        :          **SCHEDULING ORDER**

PARAMOUNT DIGITAL ENTERTAINMENT,                                 :
GAMING PORTALS LIMITED, and
CRYPTOLOGIC LIMITED,                                             :

                                        Defendants.              :
------------------------------------------------------------------X

**DEBRA FREEMAN, United States Magistrate Judge:**

        The Court having held a telephone case management conference with the parties on

April 4, 2012, it is hereby ORDERED that discovery in this actions shall be stayed pending

(a) the filing on consent, by both parties, of amended pleadings, or (b) the Court's resolution of

a motion to amend the Complaint.  The Court will schedule a follow-up conference to set a

revised discovery schedule, once the scope of the parties' pleadings is established.

Dated:  New York, New York
        April 24, 2012

                                        SO ORDERED

                                        _____
                                        DEBRA FREEMAN
                                        United States Magistrate Judge

<u>Copies to:</u>
All Counsel (via ECF)