UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WAGERLOGIC LIMITED,

                              Plaintiff,

        vs.

PARAMOUNT DIGITAL ENTERTAINMENT, a
division of PARAMOUNT PICTURES
CORPORATION,

                         Defendant and
                    Counter-Plaintiff,

        vs.

CRYPTOLOGIC LIMITED and GAMING
PORTALS LIMITED,

                  Third-Party Defendants.

Civil Action No. 11 CV 4310(BSJ)(DCF)

**NOTICE OF MOTION OF PLAINTIFF
WAGERLOGIC LIMITED TO SERVE AND
FILE AN AMENDED AND
SUPPLEMENTAL COMPLAINT.**

        PLEASE TAKE NOTICE that plaintiff WagerLogic Limited, upon the

annexed Declaration of Jeffrey E. Glen, dated April 26, 2012, the proposed amended

and supplemental complaint annexed thereto, all pleadings heretofore had herein, and

he memorandum of law filed herewith,  will move this Court before the Honorable Debra

C. Freeman, United States Magistrate Judge, at the United States Courthouse, 500

Pearl Street, New York, New York, on a date and time to be determined by the Court for

an Order pursuant to Fed.R.Civ.P. 15

        a.      Granting plaintiff's motion to serve and file an amended and

supplemental complaint, and

        b.      Granting such other and further relief as the Court deems just and

proper.

Dated:   New York, New York
         April 26, 2012

                                    ANDERSON KILL & OLICK, P.C.

                          By: _____
                                    Lawrence Kill (LK-2685)
                                    Jeffrey E. Glen (JG-8277)
                                    1251 Avenue of the Americas
                                    New York, NY 10020
                                    Tel: 212-278-1722

                                    Attorneys for Plaintiff WagerLogic Limited


To: GAGE SPENCER & FLEMING LLP
    410 Park Avenue, Suite 900
    New York, NY 10022

    Attn:  G. Robert Gage, Jr.

    Attorneys for defendant Paramount Digital Entertainment,
     A division of Paramount Pictures Corporation.