UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------------------x

WAGERLOGIC LIMITED,                                           :   ECF Case
                                                             :
                        Plaintiff and Counter-Defendant,     :   Civil Action No. 11 CV 4310
                                                             :   (BSJ)(DCF)
           -against-                                         :
                                                             :
PARAMOUNT DIGITAL                                            :   **NOTICE OF MOTION**
ENTERTAINMENT, a division of                                 :
PARAMOUNT PICTURES CORPORATION,                              :
                                                             :
                        Defendant and Counter-Plaintiff      :
                                                             :
           -against-                                         :
                                                             :
CRYPTOLOGIC LIMITED, and                                     :
GAMING PORTALS LIMITED,                                      :
                                                             :
                        Third-Party Defendants.              :

----------------------------------------------------------------------------x

PLEASE TAKE NOTICE that, pursuant to Federal Rules of Civil Procedure 15(a), 15(d) and 20(a)(2), and upon the accompanying Memorandum of Law and the Declaration of G. Robert Gage, Jr., sworn to April 30, 2012, and the exhibits annexed thereto, defendant, counter-plaintiff and third-party plaintiff Paramount Digital Entertainment, a division of Paramount Pictures Corporation, will move this Court before the Honorable Debra C. Freeman, United States Magistrate Judge, at the United States District Courthouse for the Southern District of New York, 500 Pearl Street, New York, New York 10007, at a time to be set by the Court, for an Order pursuant to Federal Rules of Civil Procedure 15 and 20 granting leave to amend and supplement the Statement of Counterclaims and Third-Party Complaint dated October 18, 2011,

to join additional third-party defendants and to add additional facts; and granting such other

further relief as the Court deems just and proper.

Dated:   New York, New York
         April 30, 2012

                                        GAGE SPENCER & FLEMING LLP

                                        By:_____
                                           G. Robert Gage, Jr.
                                           grgage@gagespencer.com
                                           Ashley Rebecca Garman
                                           agarman@gagespencer.com
                                           410 Park Avenue
                                           New York, New York 10022
                                           Telephone: (212) 768-4900
                                           Facsimile: (212) 768-3629

                                           *Attorneys for Paramount Entertainment, a
                                           Division of Paramount Pictures Corporation*

To:   Lawrence Kill
      Jeffrey E. Glen
      ANDERSON KILL & OLICK, P.C.
      1251 Avenue of the Americas
      New York, New York 10020
      Tel: (212)-278-1722

      *Attorneys for WagerLogic Limited,
      Cryptologic Limited and Gaming
      Portals Limited*