## CERTIFICATE OF SERVICE

I hereby certify that on April 30, 2012, I electronically served copies of Paramount's Notice of Motion to Amend and Supplement and to Join Additional Parties, Memorandum of Law in Support of Motion to Amend and Supplement and to Join Additional Parties, and Declaration of G. Robert Gage, Jr. in Support, along with the exhibits attached thereto, with the Clerk of Court using the ECF system which will send notification of such filing via electronic mail to counsel of record. I additionally served Paramount's Response upon:

> Lawrence Kill, Esq.
> Jeffrey Glen, Esq.
> Anderson Kill & Olick, P.C.
> 1251 Avenue of the Americas
> New York, New York 10020
> Lkill@andersonkill.com
> Jglen@andersonkill.com

via electronic mail and by depositing true copies of the same enclosed in a postpaid, properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Post Office within the State of New York.

Dated: New York, New York
April 30, 2012

GAGE SPENCER & FLEMING LLP

_____
Ashley R. Garman
agarman@gagespencer.com
410 Park Avenue
New York, New York 10022
(212) 768-4900

*Attorneys for Paramount Digital Entertainment, a Division of Paramount Pictures Corporation*