USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/14/12

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------- x

WAGERLOGIC LIMITED,                                          :

           Plaintiff and Counter-Defendant,   :   Civil Action No.
                                                     11-CV-4310 (BSJ)(DF)
- against -                                                  :

PARAMOUNT DIGITAL                                            :
ENTERTAINMENT, a division of
PARAMOUNT PICTURES CORPORATION,                              :

           Defendant and Counter-Plaintiff,   :

- against -                                                  :

CRYPTOLOGIC LIMITED and                                      :
GAMING PORTALS LIMITED,
                                                             :
           Third-Party Defendants.
                                                             :

--------------------------------------------------------------- x

## STIPULATION AND PROPOSED ORDER

WHEREAS, Plaintiff and Counter-Defendant WagerLogic Limited ("WagerLogic") filed and served a Motion to Serve and File an Amended and Supplemental Complaint on April 26, 2012; and

WHEREAS, Defendant and Counter-Plaintiff Paramount Digital Entertainment ("Paramount") filed and served a Motion to Amend and Supplement its Statement of Counterclaims and Third-Party Complaint on April 30, 2012;

It is hereby stipulated and agreed by and between counsel for the parties herein that WagerLogic and Paramount shall file consents or opposition papers, if any, to the aforementioned motions by May 29, 2012.

Dated: New York, New York
May 9, 2012

GAGE SPENCER & FLEMING LLP

*/s/ Sara Daugherty*

G. Robert Gage, Jr.
Sara Jane Daugherty
410 Park Avenue, Suite 900
New York, New York 10022
Telephone: (212) 768-4900
Facsimile: (212) 768-3629

*Attorneys for Defendant and Counter-Plaintiff Paramount Digital Entertainment, a Division of Paramount Pictures Corporation*

ANDERSON KILL & OLICK, P.C.

*/s/ Lawrence Kill*

Lawrence Kill
1251 Avenue of the Americas
New York, New York 10020
Telephone: (212) 278-1722

*Attorneys for Plaintiff and Counter-Defendant WagerLogic Limited and Third-Party Defendants Cryptologic Limited and Gaming Portals Limited*

SO ORDERED: 5/11/12

_____
Hon. Debra Freeman, United States Magistrate Judge
Southern District of New York

2