# ANDERSON KILL & OLICK, P.C.

Attorneys and Counsellors at Law

1251 AVENUE OF THE AMERICAS ■ NEW YORK, NY 10020-1182
TELEPHONE: 212-278-1000 ■ FAX: 212-278-1733
www.andersonkill.com

Lawrence Kill, Esq.
lkill@andersonkill.com
212-278-1722

*Via Facsimile*

The Honorable Debra Freeman
United States Magistrate Judge
Southern District of New York
United States Courthouse, 500 Pearl Street
New York, NY 10007-1312

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/25/12
```

May 25, 2012

Re: WagerLogic Limited v. Paramount Digital
Entertainment Civil Action No. 11-CV-4310

**MEMO ENDORSED**

Dear Judge Freeman:

We represent plaintiff and Third Party Defendants and we just received Ms. Daugherty's 5/25/2012 letter. We are at a loss as to its purpose since we already advised her and Mr. Gage that we will consent to Paramount's Amended Pleadings and that we will accept service on behalf of added party WagerLogic Casino Software Limited.

We even submitted to defense counsel the attached Stipulation and Order which affirmed the above and set forth proposed dates for service of responses to the above amended pleadings. The proposed stipulation also provided that no party waives any rights it may have to seek relief from the Court for any claims it may have arising out of the instant litigation. For some inexplicable reason, defense counsel declined to sign the stipulation and instead sent a letter to the Court today.

We also note that we have sought defense counsel's consent to our amended complaint since April 11, 2012 and have been confronted with delay and the imposition of conditions unrelated to the propriety of our proposed amended complaint. Under these circumstances, we believe that we should proceed forthwith consistent with your Honor's Scheduling Order of April 24, 2012 which provided that the "Court will schedule a follow-up conference to set a revised discovery schedule, once the scope of the parties pleading is established."

Respectfully submitted,

*[signature]*

Lawrence Kill

*Handwritten endorsement (DEBRA FREEMAN, UNITED STATES MAGISTRATE JUDGE, DATE: 5/25/12):*

The Court has reviewed both parties' letters of this date. Anderson Kill & Olick, P.C. is directed to clarify whether Cryptologic Ltd. and Gaming Portals Ltd. agree to accept service of Paramount's amended pleading through the Anderson Kill firm. If so, then this Court will accept both parties' amended pleadings on consent, and will consider both parties' motions to amend to be voluntarily withdrawn.

New York, NY ■ Newark, NJ ■ Philadelphia, PA ■ Stamford, CT ■ Ventura, CA ■ Washington, DC

ydocs1-988908.1

ANDERSON KILL & OLICK, P.C.
The Honorable Debra Freeman
May 25, 2012
Page 2

LK:lbr


cc:	G. Robert Gage, Esq.
	Sara Daugherty, Esq.
	Attorneys for Paramount
	Digital Entertainment

05/25/2012 Case 1:11-cv-04330-BSJ-DCF   Document 42   Filed 05/25/12   Page 2 of 5   ☒003/006

docs1-988908.1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

WAGERLOGIC LIMITED,

                Plaintiff,

-against-

PARAMOUNT DIGITAL ENTERTAINMENT, a division of PARAMOUNT PICTURES CORPORATION,

                Defendant and Counter-Plaintiff,

-against-

CRYPTOLOGIC LIMITED and GAMING PORTALS LIMITED,

                Third-Party Defendants.

Civil Action No. 11 CV 4310(BSJ)(DCF)

## STIPULATION AND ORDER

WHEREAS, plaintiff WagerLogic limited ("WagerLogic") served and filed a motion for leave to amend and supplement its Complaint ("the Amended Complaint");

WHEREAS, defendant and Third-Party plaintiff Paramount Digital Entertainment, a division of Paramount Pictures Corporation ("Paramount") served and filed a motion for leave to amend and supplement its Counterclaims and Third-Party Complaint and to add as Third-Party Defendants, two additional parties, namely, WagerLogic Casino Software Limited ("WCSL") and Amaya Gaming Group, Inc. ("Paramount Amended Pleading")

WHEREAS, the above motions were made in timely fashion in accordance with this Court's Scheduling Order dated April 24, 2012

WHEREAS, the parties by their existing counsel of record consent to the filing and service of the amended and supplemental pleadings, as follows.

nydocs1-987707.1

1. Paramount consents to the filing with the Court of the Amended Complaint of WagerLogic Ltd.

2. WagerLogic Ltd. consents to the filing with the Court of Paramount Amended Pleading.

3. Paramount will serve and file its answer to the Amended Complaint by June 15, 2012.

4. WagerLogic Ltd. will serve and file its reply to Paramount's answer and counterclaims by June 29, 2012.

5. Gaming Portals Ltd. and CryptoLogic Ltd. consent to the filing with the Court of the Paramount Amended Pleading.

6. Gaming Portals Ltd. and CryptoLogic Ltd. will serve and file their responses to the Paramount Amended Pleading by June 29, 2011.

7. Proposed Third Party Defendant WagerLogic Casino Software Ltd. appears in this action through its attorneys Anderson Kill & Olick PC, and agrees that it has been served with the Paramount Amended Pleading.

8. WagerLogic Casino Software Ltd. will serve and file its response to the Paramount Amended Pleading by June 29, 2011.

9. By entering into this Stipulation, no party waives any rights it may have to seek relief from the Court for any claims allegedly arising out of the instant litigation or the acts or omissions of any party in the conduct of this litigation.

Dated: May  , 2012
New York, New York

        Anderson Kill & Olick, P.C.

        By:_____
           Lawrence Kill
           Jeffrey E. Glen
           1251 Avenue of the Americas
           New York, NY  10020
           Tel. No (212) 278-1000
           Facsimile (212) 278-1733
           Attorneys for Plaintiff
           WagerLogic Limited
           Cryptologic Limited, Gaming Portals
           Limited and WagerLogic Casino
           Software Limited


        Gage Spencer & Fleming LLP
        By:_____
           G. Robert Gage, Jr.
           410 Park Avenue, Suite 900
           New York, NY  10022
           Tel. No. (212) 768-4900
           Attorneys for Defendant and Third-
           Party-Plaintiff Paramount Digital
           Entertainment, a Division of Paramount
           Pictures Corporation


SO ORDERED:

_____
Hon. Debra Freeman
U.S. Magistrate Judge
Southern District of New York


nydocs1-987707.1