RECEIVED
MAY 25 2012
CHAMBERS OF
DEBRA FREEMAN
U.S.M.J.

# GAGE SPENCER & FLEMING LLP

ATTORNEYS AT LAW

410 PARK AVENUE

NEW YORK, NEW YORK 10022

TELEPHONE: (212) 768-4900
FACSIMILE: (212) 768-3629
E-MAIL: info@gagespencer.com

May 25, 2012

Via Facsimile

The Honorable Debra Freeman
United States Magistrate Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/25/12

Re:  *WagerLogic Limited v. Paramount Digital Entertainment,*
     *Civil Action No. 11-CV-4310*

Dear Judge Freeman:

We represent Paramount Digital Entertainment ("Paramount") in the above-referenced matter.

In accordance with Your Honor's request for the parties to advise the Court by letter regarding consent to amended pleadings, Paramount respectfully submits that it advised opposing counsel yesterday by email that Paramount will consent to WagerLogic's proposed amended complaint in the form that it was provided to Paramount on April 11, 2012. However, as Paramount advised opposing counsel yesterday, Paramount's consent is conditional on the representation that WagerLogic Limited, Cryptologic Limited, and Gaming Portals Limited will likewise consent to Paramount amending its Answer, Statement of Counterclaims and Third-Party Complaint, and that those three entities as well as WagerLogic Casino Software Limited will accept service of Paramount's amended pleading through Mr. Kill's firm.

Additionally, as Paramount advised opposing counsel yesterday, Paramount respectfully reserves all rights and remedies, and has expressly reserved the right to move for costs and sanctions arising from, among other things, the representations and submissions made to the Court prior to April 11, 2012. We have also requested that opposing counsel identify whether it (or another firm) will represent Amaya Gaming Group ("Amaya") and whether Amaya will consent to accept service of Paramount's proposed Third-Party Complaint against it.

Finally, Paramount respectfully requests a scheduling conference at Your Honor's earliest convenience to discuss proceeding with targeted discovery, as the Court has suggested in prior conferences, and to establish a new discovery schedule.

Respectfully submitted,

*Sara Daugherty*

Sara J. Daugherty

cc: Lawrence Kill, Esq.
    Jeffrey Glen, Esq.
    *Counsel for Plaintiff and Third-Party Defendants*