# ANDERSON KILL & OLICK, P.C.

Attorneys and Counsellors at Law

1251 AVENUE OF THE AMERICAS ■ NEW YORK, NY 10020
TELEPHONE: 212-278-1000 ■ FAX: 212-278-1733
www.andersonkill.com

Lawrence Kill, Esq.
(212) 278-1722
lkill@andersonkill.com

RECEIVED MAY 29 2012
CHAMBERS OF DEBRA FREEMAN U.S.M.J.

Via Facsimile

May 29, 2012

The Honorable Debra Freeman
United States Magistrate Judge
Southern District of New York
United States Courthouse, 500 Pearl Street
New York, NY 10007-1312

**MEMO ENDORSED**

Re: WagerLogic Limited v. Paramount Digital
Entertainment Civil Action No. 11-CV-4310

Dear Judge Freeman:

We represent Plaintiff, Third Party Defendants CryptoLogic Ltd. and Gaming Portals Ltd., and proposed Third-Party Defendant WagerLogic Casino Software Ltd. Pursuant to your minute order of May 29, 2012, CryptoLogic Ltd. and Gaming Portals Ltd. agree to accept service of Paramount's amended pleadings through Anderson Kill & Olick P.C. Further, WagerLogic Casino Software Ltd. agrees to accept service of Paramount's pleading against it through Anderson Kill & Olick P.C.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/1/2012

Respectfully submitted,

Lawrence Kill

LK:lbr

cc: G. Robert Gage, Esq.
Sara Daugherty, Esq.
Attorneys for Paramount
Digital Entertainment

In accordance with this Court's order of 5/25/12 (Dkt. 42 (Mem. endors.)) and based on the within letter from Plaintiff's counsel, it is hereby ordered that:
(1) Both parties' motions to amend (Dkts. 34 & 37) are deemed withdrawn, and
(2) Both parties' amended pleadings will be accepted for filing.
The parties are directed to file their amended pleadings and to respond to each other's pleadings as required by the rules.
The Clerk of the Court is requested to close Dkt Nos. 34 & 37 on the Docket of the Court.

SO ORDERED: DATE: 6/1/12

_____
DEBRA FREEMAN
UNITED STATES MAGISTRATE JUDGE