

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x

WAGERLOGIC LIMITED,                                   :   ECF Case

Plaintiff and Counter-Defendant,                      :   Civil Action No. 11 CV 4310
                                                          (BSJ)(DCF)
- against -                                           :
                                                          STIPULATION
PARAMOUNT DIGITAL                                     :   AND ORDER
ENTERTAINMENT, a division of
PARAMOUNT PICTURES CORPORATION,                       :

Defendant and Counter-Plaintiff,                      :

- against -                                           :

CRYPTOLOGIC LIMITED, and                              :
GAMING PORTALS LIMITED,
                                                      :
Third-Party Defendants.
------------------------------------------------------------- x

       WHEREAS, this Court issued an Order dated June 1, 2012, allowing plaintiff and counter-defendant WagerLogic Limited ("WagerLogic") and defendant, counter-plaintiff and third-party plaintiff Paramount Digital Entertainment, a division of Paramount Pictures Corporation ("Paramount") to file and serve amended pleadings;

       WHEREAS, WagerLogic filed and served an Amended and Supplemental Complaint on May 29, 2012;

       WHEREAS, the parties by their existing counsel of record hereby stipulate and agree to the following:

1. Paramount will file and serve its Answer to WagerLogic's Amended and Supplemental Complaint and Paramount's Amended and Supplemental Counterclaims and Third-Party Complaint by June 20, 2012; and

2. WagerLogic, third-party defendants Gaming Portals Limited ("Gaming Portals") and CryptoLogic Limited ("CryptoLogic") and proposed third-party defendant WagerLogic Casino Software Limited ("WL Casino") will file and serve their responses to Paramount's Amended and Supplemental Counterclaims and Third-Party Complaint by July 11, 2012.

Dated: New York, New York
June 15, 2011

GAGE SPENCER & FLEMING LLP

By: _____
G. Robert Gage, Jr.
Ashley R. Garman

410 Park Avenue, 9th Floor
New York, New York, 10022
Tel.: (212) 768-4900
Fax: (212) 768-3629

*Attorneys for Defendant, Counter-Plaintiff and Third-Party Plaintiff Paramount Digital Entertainment, Division of Paramount Pictures Corporation*

ANDERSON KILL & OLICK, P.C.

By: _____
Lawrence Kill
Jeffrey E. Glen

1251 Avenue of the Americas
New York, New York 10020
Tel.: (212) 278-1000
Fax: (212) 278-1733

*Attorneys for Plaintiff and Counter-Defendant WagerLogic Limited, Third-Party Defendants CryptoLogic Limited and Gaming Portals Limited and Proposed Third-Party Defendant WagerLogic Casino Software Limited*

SO ORDERED: 6/15/12

_____
Hon. Debra C. Freeman
U.S. Magistrate Judge
Southern District of New York

2