## CERTIFICATE OF SERVICE

I hereby certify that on June 20, 2012, I electronically served Paramount's Answer to WagerLogic's First Amended and Supplemental Complaint and Paramount's First Amended and Supplemental Counterclaims and Third-Party Complaint, with the Clerk of Court using the ECF system which will send notification of such filing via electronic mail to counsel of record. I additionally served Paramount's Response upon:

>Lawrence Kill, Esq.
>Jeffrey Glen, Esq.
>Anderson Kill & Olick, P.C.
>1251 Avenue of the Americas
>New York, New York 10020
>Lkill@andersonkill.com
>Jglen@andersonkill.com
>
>*Attorneys for WagerLogic Limited, CryptoLogic Limited, Gaming Portals Limited and WagerLogic Casino Software Limited*

via electronic mail and by depositing true copies of the same enclosed in a postpaid, properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Post Office within the State of New York.

Dated:   New York, New York
         June 20, 2012

>GAGE SPENCER & FLEMING LLP
>
>_____
>Ashley R. Garman
>agarman@gagespencer.com
>410 Park Avenue
>New York, New York 10022
>(212) 768-4900
>
>*Attorneys for Paramount Digital Entertainment, a Division of Paramount Pictures Corporation*