UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WAGERLOGIC LIMITED,<br><br>　　　　　　　　　　　Plaintiff,<br><br>vs.<br><br>PARAMOUNT DIGITAL ENTERTAINMENT, a division of PARAMOUNT PICTURES CORPORATION,<br><br>　　　　　　　　　　　Defendant and<br>　　　　　　　　　　　Counter-Plaintiff,<br><br>vs.<br><br>CRYPTOLOGIC LIMITED, GAMING PORTALS LIMITED, WAGERLOGIC CASINO SOFTWARE LIMITED, and AMAYA GAMING GROUP INC.<br>　　　　　　　　　　　Third-Party Defendants. | Civil Action No. 11 CV 4310(BSJ)(DCF)<br><br>**DECLARATION OF JEFFREY E. GLEN IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT** |

Jeffrey E. Glen declares the following:

I am one of the attorneys at Anderson, Kill & Olick, P.C. representing plaintiff WagerLogic Limited ("WagerLogic") in this action. I make this declaration in support of plaintiff's motion for partial summary judgment. The purpose of this declaration is to place before the court various documents referred to in plaintiff's Memorandum of Law in support of its motion.

　　　　1.　　Exhibit 1 is a copy of a Licensing Agreement entered into between WagerLogic and defendant Paramount Digital Entertainment, a division of Paramount Pictures Corporation ("Paramount"). Paramount has expressed concerns arising out of the confidentiality provisions of this document, and therefore Exhibit 1 is not presently being filed electronically. Prior to the hearing and determination of the instant motion, either the parties will have come to agreement over the confidentiality issues or WagerLogic will present to the Court a proposal for redaction or sealing, as appropriate.

nydocs1-991789.1

2.      Exhibit 2 is a copy of WagerLogic's Amended Complaint filed in this action on May 29, 2012.

3.      Exhibit 3 is a copy of Paramount's Amended Answer, Counterclaims, & Third-Party Complaint filed in this action on June 20, 2012.

4.      Exhibit 4 is a copy of WagerLogic's Answer to Paramount's Amended Answer, Counterclaims, & Third-Party complaint filed in this action on July 11, 2012.

5.      Exhibit 5 is a copy of a letter dated February 23, 2011, signed by Marc Leiblein, Senior Vice President, Paramount Digital Entertainment, to Ian Price and Steve Quintin, addressed as representatives of CryptoLogic Limited. Portions of the letter that arguably are subject to confidentiality concerns are redacted.

6.      Exhibit 6 is a copy of an email of January 12, 2011, from Luke Letizia at Paramount to Steve Quintin.

7.      Exhibit 7 is a copy of an email of February 3, 2011, from Luke Letitzia to Steve Quintin. Portions of the email that arguably are subject to confidentiality concerns are redacted.

8.      Exhibit 8 is a copy of an email of February 15, 2011, from Luke Letizia to Steve Quintin.

9. Exhibit 9 is an email of March 11, 2011, from Mark Leiblein to Mr. Loughrey.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 25, 2012.

_____
Jeffrey E. Glen