# EXHIBIT 1

MERCHANDISING LICENSE AGREEMENT BETWEEN PARAMOUNT DIGITAL ENTERTAINMENT, A DIVISION OF PARAMOUNT PICTURES CORPORATION AND WAGERLOGIC LIMITED, DATED AS OF DECEMBER 15, 2008 DEEMED CONFIDENTIAL AND NOT FILED AT THIS TIME ON THE PUBLIC RECORD. BY AGREEMENT, UNREDACTED COPIES WILL BE PROVIDED TO JUDGE JONES AND MAGISTRATE JUDGE FREEMAN.