# EXHIBIT 5

----- Original Message -----
From: Lieblein, Mark - Paramount <Mark_Lieblein@Paramount.com>
To: ian.price@cryptologic.com <ian.price@cryptologic.com>; steve.quintin@cryptologic.com <steve.quintin@cryptologic.com>
Cc: Letizia, Luke - Paramount <Luke_Letizia@Paramount.com>
Sent: Wed Feb 23 09:05:29 2011
Subject: Merchandising License Agreement Dated as of December 15, 2008: Notice of Termination

Via Email and Overnight Express Mail


Dated February 23, 2011


Ian Price

Head of Business Development, Product Management & Sales

Cryptologic Limited

Sentinel House, 6th Floor

16 Harcourt St.

London W1H 4AD


Steve Quintin

Director of Product Management

Cryptologic Limited
1867 Yonge Street
Toronto, ON M4S 1Y5

Canada


Courtesy copy to:

i

Gaming Portals Limited

Marine House, 3rd Floor,

Clanwilliam Place,

Dublin 2, Ireland

Attention: Business Affairs


Courtesy copy to:

WagerLogic Limited

41-49 Agiou Nicolau Street

Nimeli Court, Block A, 3rd Floor

Engomi, 2408 Nicosia, Cyprus

Attention: Business Affairs


      Re:     Merchandising License Agreement Dated as of December 15, 2008: Notice of Termination


Dear Sirs,


Reference is made to the Merchandising License Agreement dated as of December 15, 2008 (the Agreement") between Paramount Digital Entertainment, a division of Paramount Pictures Corporation ("Paramount"), and WagerLogic Limited, now known as Gaming Portals Limited, a wholly owned subsidiary of Cryptologic Limited ("Cryptologic").   All defined terms used herein without definition shall be as defined in the Agreement.


Cryptologic has materially breached the Agreement by failing to pay the final installment of the License Fee, in the sum of Two Hundred Fifty Thousand Dollars (US$250,000). Pursuant to 7.1.1.1.5 of the Agreement, this sum was required to be paid by December 1, 2010. Cryptologic also has materially breached the Agreement by failing to pay the Future Pictures Guarantee, in the sum of Two Hundred Fifty Thousand Dollars (US$250,000).   Pursuant to Section 7.1.1.2 of the Agreement, this sum was required to be paid by December 1, 2010. Despite notice from Paramount, Cryptologic has failed to cure these material breaches.   Accordingly, Paramount hereby terminates the Agreement, and all rights granted to Cryptologic hereunder, as set forth below.


Cryptologic also has materially breached the Agreement by failing to satisfy the minimum release requirements for the Licensed Games set forth in Section 10.3.  Accordingly, on these independent grounds, Paramount hereby terminates the Agreement, and all rights granted to Cryptologic hereunder, as set forth below.


The aforementioned termination shall take effect at 5:00 PM PST on March 11, 2011 ("Termination Deadline"). At such time,

Cryptologic shall cease all development, distribution or exploitation of the Licensed Games, Pictures and Property, and otherwise comply with the termination provisions of the Agreement.

Notwithstanding the foregoing, Paramount hereby grants to Cryptologic the option, exercisable on or before the Termination Deadline, to reinstate the Agreement subject to the following Amended Terms. Cryptologic shall exercise said option by delivering to Paramount, before the Termination Deadline:

In the event that Cryptologic timely exercises said option, then: (i) the Agreement shall be deemed modified and amended in accordance with the Amended Terms as of the date of this Notice of Termination; and (ii) Paramount shall rescind this Notice of Termination.

Sincerely,

Mark Lieblein

Mark Lieblein

Senior Vice President, Business Affairs

Paramount Digital Entertainment

mark_lieblein@paramount.com

---

This e-mail has been scanned by MCI Managed Email Content Service, using Skeptic™ technology powered by MessageLabs. For more information on MCI's Managed Email Content Service, visit http://www.mci.com.

---

This email has been scanned by the MessageLabs Email Security System.
For more information please visit http://www.messagelabs.com/email