# EXHIBIT 6

----- Original Message -----
From: Letizia, Luke - Paramount <Luke_Letizia@Paramount.com>
To: Steve Quintin
Sent: Wed Jan 12 13:24:36 2011
Subject: New Contacts/Invoice

Hi, Steve –


Hope you had a nice holiday season, and a great start to your new year.


I spoke to Gareth Evans this morning, who suggested that I contact you, as Paramount has not had any interaction with Cryptologic since September 8th of last year.  This is quite a concern to us, but I understand there were many organizational changes there, which likely explains why most of our points of contact have gone off the radar - I'm hoping you can introduce us to the new Production people who will be handling the Paramount properties going forward.


Also, there was a payment due from Cryptologic back on December 1st of $250K – I know the invoice was sent, but may have gone to Lydia Liu, who I've been informed is no longer an employee.  If you could refer me to a new person in Accounts Payable to sort this out, I'd appreciate that as well.


Hope we can get things back on track quickly – feel free to contact me directly by phone if you think there are any additional issues to discuss.  Thanks again for your help!


Best,

Luke




Luke Letizia

Vice President, Interactive Licensing

Paramount Pictures

5555 Melrose Avenue

Hollywood, CA  90038-3197

2