# EXHIBIT 7

From: Letizia, Luke - Paramount [mailto:Luke_Letizia@Paramount.com]
Sent: Thu 2/3/2011 7:15 PM
To: Steve Quintin
Cc: Neil, Marvin - Paramount
Subject: Amendment to Existing Agreement - 2.3.11

Steve –

2

Thanks to you and Ian for meeting with me and Marvin Neil at last week's ICE show in London, it was good to get an update on Cryptologic's current corporate initiatives. We appreciate your frankness regarding the IP that Cryptologic licensed from Paramount just over two years ago, and the challenges you see as we move forward.

As I mentioned during the meeting, there has been much concern over this deal at Paramount, as the contractual $250K payment due on December 1st was missed, and the minimum number of games to be released (5) was not met by the December 15th deadline. With that in mind, after meeting with you we now have some background to better understand Cryptologic's circumstances behind these events. As a result, we are willing to work with you to find an alternative solution to termination, give Cryptologic some relief, and hopefully allow you to generate more revenue for your company over the length of the Term. We propose the following:

Please be aware that our offer is contingent upon Paramount receiving the overdue $250K payment for the Existing Pictures. Once payment is received, we will draft an amendment to the reflect the changes above.

In the meantime, if you have any questions, please don't hesitate to contact me or Marvin Neil either by phone or e-mail. We look forward to finding a swift resolution to this situation, and continuing what has been a very enjoyable partnership with Cryptologic.

Sincerely,

Luke

Luke Letizia

Vice President, Interactive Licensing

Paramount Pictures

5555 Melrose Avenue

Hollywood, CA  90038-3197

Phone:  323.956.5633

E-mail:  Luke_Letizia@paramount.com <mailto:Luke_Letizia@paramount.com>