# EXHIBIT 8

RE: Proposal                                                                                                              Page 1 of 1

## Mcintosh, Brandon

**From:** Letizia, Luke - Paramount [Luke_Letizia@Paramount.com]
**Sent:** Tuesday, February 15, 2011 7:15 PM
**To:** Steve Quintin
**Subject:** RE: Proposal

Hi, Steve -

I understand - we can give you 24 more hours before sending out the termination letter, which we'll do if we don't have a response from Cryptologic by end of business day tomorrow. Not to worry, even if you're unable to get a response by then and we send out the letter, it can still be remedied. Just wanted to give you the heads up in case you run into any more delays. Barring any unforeseen circumstances though, we're looking forward to receiving your response tomorrow.

Thanks,
Luke

-----Original Message-----
From: Steve Quintin [mailto:Steve.Quintin@cryptologic.com]
Sent: Tue 2/15/2011 4:00 PM
To: Letizia, Luke - Paramount
Subject: Proposal

Hi Luke,

I hope you had a great weekend. Unfortunately, I need one more day to provide a response. We discussed the proposal briefly today but unfortunately the meeting was interrupted with a pressing matter.

I apologise for the delay and look forward to closing this off with you in the next couple of days.

Best regards,
Steve

---

This e-mail has been scanned by MCI Managed Email Content Service, using Skeptic™ technology powered by MessageLabs. For more information on MCI's Managed Email Content Service, visit http://www.mci.com.

---

This email (including any attachments) is for its intended-recipient's use onl
This email may contain information that is confidential or privileged.
If you received this email in error, please immediately advise the sender by
replying to this email and then delete this message from your system.

3/4/2011