Jones, J

```
┌─────────────────────────────────────┐
│  USDC SDNY                           │
│  DOCUMENT                            │
│  ELECTRONICALLY FILED                │
│  DOC #: _____              │
│  DATE FILED: 8/3/12                  │
└─────────────────────────────────────┘
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------- x

WAGERLOGIC LIMITED,                                          :

          Plaintiff and Counter-Defendant,   :   ECF Case

       - against -                                 :   Civil Action No. 11 CV
                                                         4310 (BSJ)(DCF)
PARAMOUNT DIGITAL                                           :
ENTERTAINMENT, a division of                               :   **STIPULATION**
PARAMOUNT PICTURES CORPORATION,                            :

        Defendant and Counter-Plaintiff,   :

       - against -                                 :

CRYPTOLOGIC LIMITED,                                        :
GAMING PORTALS LIMITED, WAGERLOGIC CASINO
SOFTWARE LIMITED and AMAYA GAMING GROUP                    :
INC.,
                                                    :

        Third-Party Defendants.             :

-------------------------------------------------------------- x

## STIPULATION AND PROPOSED ORDER

      WHEREAS, plaintiff and counter-defendant WagerLogic Limited

("WagerLogic") filed a Motion for Partial Summary Judgment against defendant and counter-

plaintiff Paramount Digital Entertainment, a division of Paramount Pictures Corporation

("Paramount") on July 26, 2012, it is hereby stipulated and agreed by and between counsel for

the parties that:

     1.   Paramount shall file a response to WagerLogic's Motion for Partial Summary Judgment

         on or before September 7, 2012 ("Paramount's Response"); and

2.  WagerLogic shall file a reply to Paramount's Response on or before September 28, 2012.

Dated: New York, New York
       July 31, 2012

GAGE SPENCER & FLEMING LLP

G. Robert Gage, Jr.
Sara Jane Daugherty
410 Park Avenue, Suite 900
New York, New York 10022
Telephone: (212) 768-4900
Facsimile: (212) 768-3629

*Attorneys for Defendant and Counter-Plaintiff*
*Paramount Digital Entertainment, a Division of*
*Paramount Pictures Corporation*

ANDERSON KILL & OLICK, P.C.

Lawrence Kill
1251 Avenue of the Americas
New York, New York 10020
Telephone: (212) 278-1722

*Attorneys for Plaintiff and Counter-Defendant*
*WagerLogic Limited and Third-Party Defendants*
*Cryptologic Limited, Gaming Portals Limited, and*
*WagerLogic Casino Software Limited*

SO ORDERED:

Hon. Barbara S. Jones, U.S.D.J.
Southern District of New York

8-3-12

2