UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WAGERLOGIC LIMITED,<br><br>          Plaintiff and Counter-Defendant,<br><br>  - against -<br><br>PARAMOUNT DIGITAL ENTERTAINMENT, a division of PARAMOUNT PICTURES CORPORATION,<br><br>          Defendant and Counter-Plaintiff.<br>  - against -<br><br>CRYPTOLOGIC LIMITED,<br>GAMING PORTALS LIMITED,<br>WAGERLOGIC CASINO SOFTWARE LIMITED and AMAYA GAMING GROUP INC.<br><br>          Third-Party Defendants | x<br>: Index No.:  11 CV<br>: 4310(BSJ)(DCF)<br>:<br>:<br>:<br>: **AFFIDAVIT OF**<br>: **SERVICE UPON**<br>: **AMAYA GAMING**<br>: **GROUP INC.**<br>:<br>:<br>:<br>x |

I, Michel Kohlhuber, do hereby make oath and do solemnly swear:

1.  That I am over the age of 21 and a non-party to this action;

2.  That I am a Quebec bailiff employed by Gauthier, Levy, Associates Inc., whose business address is 420 Saint-Dizier Street, Suite 100, Montreal, Quebec H2Y 3P8 Canada, and am authorized to serve legal process in Canada;

3.  That on or approximately September 4, 2012, I was instructed by bailiff Daphna Gauthier of Gauthier Levy Associates Inc., Bailiffs, in turn instructed by Legal Language Services, an international litigation support firm located in Leawood, Kansas, in turn instructed by plaintiffs' attorneys at Gage Spencer & Fleming LLP to serve upon third-party defendant Amaya Gaming Group Inc. the following documents:

    *   Hague Service Convention *"Notice"*
    *   Hague Service Convention *"Summary"*
    *   *Summons*, in both English and French

- *Paramount's Answer to Wagerlogic's First Amended and Supplemental Complaint & Paramount's First Amended and Supplemental Counterclaims & Third-Party Complaint,* in both English and French

4.  That according to the Quebec Companies Registry, Amaya Gaming Group Inc. is located at 7600 Autoroute TransCanada, Pointe-Claire, Quebec H9R 1C8 (See Quebec Registry Report, attached hereto as Exhibit A);

5.  That on September 5, 2012 at approximately 10:15 a.m., I did travel to Amaya Gaming Group Inc. at the above address, where I met with Ms. Amber Baran, Executive Assistant, who acknowledged her identity and confirmed that she was authorized to accept service of process on behalf of Amaya Gaming Group Inc.; that I handed the above-referenced documents to her and said, "You are served with legal process on behalf of Amaya Gaming Group Inc." and she accepted the documents;

6.  That Ms. Amber Baran is a female, approximately 30 years of age, approximately 5'3", black hair, approximately 115 lbs, no glasses.;

7.  That I believe service to have been effected upon defendant Amaya Gaming Group Inc. in accordance with a method prescribed by the internal laws of Quebec, Canada for civil matters within this jurisdiction and thus in accordance with Article 10(b) of the *Hague Convention of 15 November 1965 on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters,* and in compliance with the laws of the United States.

I declare under penalty of perjury under the laws of the United States that the foregoing

statements are true and accurate to the best of my knowledge and belief.


SWORN at Montreal, Quebec, Canada before me on this 5th day of September 2012.

Notary Public/Commissioner to Administer
Oaths in Quebec

Michel Kohlhuber, Bailiff # 356

[Seal]

JENNIFER
CARRIER

183 290

# EXHIBIT A

# QUEBEC COMPANIES REGISTRY REPORT

# FOR AMAYA GAMING GROUP INC.



**Registraire
des entreprises**
# Québec

# Rechercher une entreprise au registre

## État de renseignements d'une personne morale au registre des entreprises

Renseignements en date du 2012-09-06 16:34:25

## Informations générales

### Identification de l'entreprise

Numéro d'entreprise du Québec (NEQ)          1162017413

Nom                                          GROUPE DE JEUX AMAYA INC.

### Adresse du domicile

Adresse                                      7600, AUTOUROUTE TRANSCANADA
                                             POINTE-CLAIRE (QUÉBEC)
                                             H9R1C8

### Adresse du domicile élu (adresse de correspondance)

**Entreprise**

Nom                                          McCarthy Tétrault

Adresse                                      1150 rue de Claire-Fontaine
                                             Québec (Québec) G1R5G4
                                             Canada

### Immatriculation

Date d'immatriculation                       2004-02-05 00:00:00

Statut                                       Immatriculée

Date d'entrée en vigueur du statut           2004-02-05 00:00:00
d'immatriculation

Date de cessation prévue                     Aucune date de cessation n'est prévue.

### Forme juridique

| | |
|---|---|
| Type | Compagnie |
| Date de formation | 2004-01-30 00:00:00 Constitution |
| Lieu de constitution (province, État, pays) | QUÉBEC |
| Régime constitutif | Loi sur les compagnies partie 1A |
| Régime courant | Loi sur les sociétés par actions |

### Dates des mises à jour

| | |
|---|---|
| Date de mise à jour de l'état de renseignements | 2012-07-06 14:07:09 |
| Date de la dernière déclaration de mise à jour annuelle | 2012-07-06 14:07:08 2011 |
| Date de fin de la période de production de la déclaration de mise à jour annuelle de 2012 | 2013-07-01 00:00:00 |
| Date de fin de la période de production de la déclaration de mise à jour annuelle de 2011 | 2012-07-01 00:00:00 |

### Faillite

Le registre ne fait état d'aucune faillite pour cette entreprise.

### Entreprises liées

L'entreprise n'a fait l'objet d'aucune procédure légale la liant à une autre entreprise.

### Continuation et autre transformation

La personne morale n'a fait l'objet d'aucune continuation ou autre transformation.

### Liquidation ou dissolution

L'entreprise ne fait pas l'objet d'une liquidation ou d'une dissolution.

### Activités économiques et nombre de salariés

### 1$^{er}$ secteur d'activité

| | |
|---|---|
| CAE | 3932 |
| Description | Industrie des jouets et jeux |
| Précisions (facultatif) | INDUSTRIE DES JOUETS ET JEUX |

### 2$^{e}$ secteur d'activité

Activité non déclarée

### Nombre de salariés

| | |
|---|---|
| Nombre de salariés au Québec | Entre 26 et 49 |

## Personnes liées

**Actionnaires**

**Premier actionnaire**

Le premier actionnaire est majoritaire.

| | |
|---|---|
| Nom | CDS & Co. |
| Adresse | 1038-25 AVE Esplanade CP STN A Toronto On M5W1G5 Canada |

**Deuxième actionnaire**

| | |
|---|---|
| Nom de famille | Baazov |
| Prénom | David |
| Adresse | 264 rue Baffin Dollard-Des Ormeaux (Québec) H9A3E4 Canada |

**Membres du conseil d'administration**

**Nombre d'administrateurs**

**Liste des administrateurs**

| | |
|---|---|
| Nom | BAAZOV, DAVID |
| Fonction | Président |
| Date de début du mandat | |
| Date de fin du mandat | |
| Adresse | 264, BAFFIN DOLLARD-DES-ORMEAUX (QUÉBEC) H9A3E4 |

| | |
|---|---|
| Nom | SEBAG, DANIEL Y. |
| Fonction | |
| Date de début du mandat | |
| Date de fin du mandat | |
| Adresse | 845, RUE BRUNET SAINT-LAURENT (QUÉBEC) H4M1Y4 |

| | |
|---|---|
| Nom | GADHIA, DIVYESH |
| Fonction | Administrateur |
| Date de début du mandat | |
| Date de fin du mandat | |
| Adresse | 8172, GOVERNMENT ROAD BURNABY (COLOMBIE-BRITANNIQUE) V5B2E2 |

| | |
|---|---|
| Nom | GOODSON, HARLAN, W. |
| Fonction | Administrateur |
| Date de début du mandat | |
| Date de fin du mandat | |
| Adresse | 1208 DR Grand River SACREMENTO CALIFORNIA 95831 UNITED STATES |

| | |
|---|---|
| Nom | CLARK, WESLEY K. |
| Fonction | Administrateur |
| Date de début du mandat | |
| Date de fin du mandat | |
| Adresse | 1, CRESMONT DRIVE LITTLE ROCK AR 72227 ÉTATS-UNIS |

### Dirigeants non membres du conseil d'administration

#### Président
Il n'y a pas de président.

#### Secrétaire
Il n'y a pas de secrétaire.

#### Principal dirigeant
Il n'y a pas de principal dirigeant.

#### Fondé de pouvoir

Il n'y a pas de fondé de pouvoir.

#### Administrateurs du bien d'autrui

Il n'y a pas d'administrateur du bien d'autrui.

## Établissements

Il n'y a aucun établissement.

## Documents

### Documents en traitement

Aucun document n'est actuellement traité par le Registraire des entreprises.

### Documents conservés

| Type de document | Date de traitement |
|---|---|
| DÉCLARATION DE MISE À JOUR ANNUELLE 2011 | 2012-07-06 14:07:09 |

| Type de document | Date de traitement |
|---|---|
| Déclaration annuelle 2010 | 2011-07-12 10:49:56 |
| Déclaration modificative | 2010-11-12 00:00:00 |
| État et déclaration de renseignements 2009 | 2010-07-09 00:00:00 |
| Certificat de modification | 2010-07-08 00:00:00 |
| Déclaration modificative | 2010-05-13 00:00:00 |
| Certificat de modification | 2010-05-12 00:00:00 |
| Déclaration annuelle 2007 | 2009-05-07 00:00:00 |
| État et déclaration de renseignements 2008 | 2009-05-04 00:00:00 |
| Avis de défaut | 2008-11-14 00:00:00 |
| Déclaration modificative | 2008-07-16 00:00:00 |
| Déclaration modificative | 2008-07-07 00:00:00 |
| Déclaration modificative | 2007-12-17 00:00:00 |
| Déclaration modificative | 2007-11-19 00:00:00 |
| Déclaration modificative | 2007-11-03 00:00:00 |
| Certificat de modification | 2007-11-03 00:00:00 |
| Déclaration modificative | 2007-05-16 00:00:00 |
| Certificat de modification | 2007-05-16 00:00:00 |
| Déclaration annuelle 2006 | 2007-04-23 00:00:00 |
| Déclaration modificative | 2007-02-26 00:00:00 |
| Déclaration modificative | 2006-06-06 00:00:00 |
| Déclaration modificative | 2006-06-06 00:00:00 |
| Déclaration annuelle 2005 | 2006-02-03 00:00:00 |
| Déclaration modificative | 2005-09-29 00:00:00 |
| Déclaration modificative | 2005-09-22 00:00:00 |
| Déclaration modificative | 2005-02-18 00:00:00 |
| Déclaration initiale | 2004-03-08 00:00:00 |
| Certificat de constitution | 2004-02-05 00:00:00 |

## Nom et autres noms utilisés au Québec

Date de mise à jour de l'index des noms    2007-11-03 00:00:00

### Nom

| Nom de l'entreprise | Version(s) du nom dans une autre langue | Date d'entrée en vigueur | Date de fin d'utilisation | Situation |
|---|---|---|---|---|
| GROUPE DE JEUX AMAYA INC. | AMAYA GAMING GROUP INC. | 2007-11-02 | | En vigueur |
| SYSTÈMES GAMETRONIX INC. | GAMETRONIX SYSTEMS INC. | 2007-05-14 | 2007-11-02 | Antérieur |
| 9138-5666 QUÉBEC INC. | | 2004-01-30 | 2007-05-14 | Antérieur |

### Autres noms utilisés au Québec

| Autre nom | Version(s) du nom dans une autre langue | Date d'entrée en vigueur | Date de fin d'utilisation | Situation |
|---|---|---|---|---|
| ENTREPRISE CELEBRITYTAN | | 2004-03-08 | 2005-02-18 | Antérieur |
| GAMETRONIX SYSTEMS | | 2005-02-18 | 2007-05-16 | Antérieur |
| SYSTÈMES GAMETRONIX | | 2005-02-18 | 2007-05-16 | Antérieur |

## Québec ⊞

© Gouvernement du Québec