RECEIVED
SEP 25 2012
CHAMBERS OF
DEBRA FREEMAN
U.S.M.J.

# HANLY CONROY BIERSTEIN SHERIDAN FISHER & HAYES LLP

112 MADISON AVENUE
NEW YORK, NEW YORK 10016-7416
www.hanlyconroy.com

ANDREA BIERSTEIN (NY & MA)
(212) 784-6405
MITCHELL M. BREIT (NY, NJ & VA)
(212) 784-6422
JAYNE CONROY (NY, DC & MA)
(212) 784-6402
CLINTON B. FISHER (NY & DC)
(212) 784-6446
PAUL J. HANLY, JR. (NY & TX)
(212) 784-6401
STEVEN M. HAYES (NY)
(212) 784-6414
THOMAS I. SHERIDAN, III (NY)
(212) 784-6404

TELEPHONE (MAIN)
(212) 784-6400

TELECOPIER
(212) 213-5949

EMAIL
tsheridan@hanlyconroy.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/25/12
```

September 25, 2012

VIA FAX: 212-805-4258

Hon. Debra Freeman
United States District Court
Southern District of New York
500 Pearl Street,
New York, NY 10007

**MEMO ENDORSED**

Re: *WagerLogic Limited. v. Paramount Digital Entertainment*, 11 Civ. 4310 (BSJ) (DCF)

Dear Magistrate Judge Freeman:

We represent Third Party Defendant Amaya Gaming Group, Inc.

On behalf of Amaya, we request a 30-day extension of Amaya's time to answer or move with respect to Defendant Paramount's Third-Party Complaint, to and including October 26, 2012.

Amaya was served in Canada pursuant to the Hague Convention on September 5, 2012. The summons states that Amaya's time to answer or move is twenty-one days from service, or September 26, 2012. There have been no previous requests for adjournment by Amaya.

Amaya contacted United States counsel, Robert G. Rikard of Rikard & Protopapas LLC, of Columbia, South Carolina, on or about September 19, 2012. Mr. Rikard asked Paramount's counsel, Robert Gage, for an extension of time on Friday September 21, 2012. On Monday, September 24, Mr. Gage informed Mr. Rikard that Paramount refused to consent to any extension. Paramount's counsel stated that his client did not wish to consent to the extension because Amaya had refused to agree to accept informal service of process and thereby required Paramount to serve process formally pursuant to the Hague Convention. Mr. Rikard contacted my partner, Paul Hanly, about serving as Amaya's local counsel on September 24. I telephoned Mr. Gage's office on September 25 and spoke to Sara Jane Daugherty and repeated Amaya's request for an extension. As of this writing, I have not heard back from Paramount. Your law

clerk advised me that I should convey this application as soon as possible, since Your Honor may be leaving chambers early today. I have been informed by Amaya that their offices will be closed tomorrow for Yom Kippur, making it extremely difficult, to say the least, for counsel to properly prepare any response to the complaint within the original twenty-one day period. I do not believe the requested extension affects any other scheduled dates.

Accordingly, Amaya requests request a 30-day extension of Amaya's time to answer or move with respect to Defendant Paramount's Third-Party Complaint, to and including October 26, 2012.

Respectfully,

*Thos. I. Sll*

Thomas I. Sheridan, III

cc: All counsel (via email)

*Third Party Defendant Amaya may have until October 16, 2012 to move, answer, or otherwise respond to the Third Party Complaint.*

SO ORDERED:   DATE: 9/25/12

*Debra Freeman*

DEBRA FREEMAN
UNITED STATES MAGISTRATE JUDGE