AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | | |
|---|---|---|
| WAGERLOGIC LIMITED, | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 11 Civ. 4310 (BSJ) (DCF) |
| PARAMOUNT DIGITAL ENTERTAINMENT, | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Third-Party Defendant Amaya Gaming Group Inc.,                                                                                              .

Date:   09/28/2012                                                                s/ Thomas I. Sheridan, III
                                                                                         *Attorney's signature*

                                                                                    Thomas I. Sheridan, III
                                                                                   *Printed name and bar number*

                                                                                   Hanly Conroy Birstein Sheridan
                                                                                          Fisher & Hayes LLP
                                                                                   112 Madison Avenue, 7th floor
                                                                                       New York, New York 10016
                                                                                               *Address*

                                                                                   tsheridan@hanlyconroy.com
                                                                                          *E-mail address*

                                                                                            (212) 784-6404
                                                                                          *Telephone number*

                                                                                            (212) 213-5949
                                                                                             *FAX number*