AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| WAGERLOGIC LIMITED, | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 11 Civ. 4310 (BSJ) (DCF) |
| PARAMOUNT DIGITAL ENTERTAINMENT, | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Third-Party Defendant Amaya Gaming Group Inc., .

Date: 09/28/2012

s/ Paul J. Hanly, Jr.
*Attorney's signature*

Paul J. Hanly, Jr.
*Printed name and bar number*

Hanly Conroy Birstein Sheridan
Fisher & Hayes LLP
112 Madison Avenue, 7th floor
New York, New York 10016
*Address*

phanly@hanlyconroy.com
*E-mail address*

(212) 784-6401
*Telephone number*

(212) 213-5949
*FAX number*