UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WAGERLOGIC LIMITED,<br><br>         Plaintiff and Counter-Defendant,<br><br>    v.<br><br>PARAMOUNT DIGITAL ENTERTAINMENT,<br>a division of PARAMOUNT PICTURES CORPORATION,<br><br>         Defendant and Counter-Plaintiff,<br><br>    v.<br><br>CRYPTOLOGIC LIMITED,<br>GAMING PORTALS LIMITED,<br>WAGERLOGIC CASINO SOFTWARE LIMITED, and<br>AMAYA GAMING GROUP INC.,<br><br>         Third-Party Defendants. | 11 Civ. 4310 (BSJ) (DCF)<br><br><br>**RULE 7.1 DISCLOSURE STATEMENT OF THIRD-PARTY DEFENDANT AMAYA GAMING GROUP INC.** |

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned certifies that Third-Party Defendant Amaya Gaming Group Inc. has no parent corporation and no publicly held corporation owns 10% or more of its stock.

Dated: September 28, 2012

                                        Respectfully submitted,

                                        /s/ Paul J. Hanly, Jr.
                                             Paul J. Hanly, Jr.
                                             Thomas I. Sheridan, III

                                        HANLY CONROY BIERSTEIN SHERIDAN
                                           FISHER & HAYES LLP
                                        112 Madison Avenue
                                        New York, NY 10016
                                        212-784-6401
                                        phanly@hanlyconroy.com
                                        212-784-6404
                                        tsheridan@hanlyconroy.com

and

Robert G. Rikard
(*Pro Hac Vice* Application Not Yet Submitted)
Rikard & Protopapas LLC
1329 Blanding Street
Columbia SC 29201
rgr@rplegalgroup.com
803-978-6111

*Attorneys for Third-Party Defendant Amaya Gaming Group Inc.*