UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x

WAGERLOGIC LIMITED,                                                 :

                  Plaintiff and Counter-Defendant,   :   Civil Action No. 11 CV 4310

       - against -                                                 :

PARAMOUNT DIGITAL                                                   :
ENTERTAINMENT, a division of
PARAMOUNT PICTURES CORPORATION,                                     :

                  Defendant and Counter-Plaintiff,  :

       - against -                                                 :

CRYPTOLOGIC LIMITED, GAMING PORTALS LIMITED,                        :
WAGERLOGIC CASINO SOFTWARE LIMITED, and
AMAYA GAMING GROUP, INC.,                                           :

                  Third-Party Defendants.            :

                                                           x
-------------------------------------------------------------------

To: The clerk of court and all parties of record

     I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for Paramount Digital Entertainment, a division of Paramount Pictures Corporation.

Dated: New York, New York
       October 9, 2012

*Sara Daugherty*
Sara J. Daugherty
GAGE SPENCER & FLEMING LLP
410 Park Avenue
New York, New York 10022
Tel: (212) 768-4900
Fax: (212) 769-3629