**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

WAGERLOGIC LIMITED,

       Plaintiff and Counter-Defendant,

       v.

PARAMOUNT DIGITAL ENTERTAINMENT, a division of PARAMOUNT PICTURES CORPORATION,

       Defendant and Counter-Plaintiff,

       v.

CRYPTOLOGIC LIMITED, GAMING PORTALS LIMITED, WAGERLOGIC CASINO SOFTWARE LIMITED, and AMAYA GAMING GROUP INC.,

       Third-Party Defendants.

11 Civ. 4310 (BSJ) (DCF)

**NOTICE OF MOTION OF THIRD-PARTY DEFENDANT AMAYA GAMING GROUP INC. TO DISMISS THIRD-PARTY COMPLAINT**

PLEASE TAKE NOTICE THAT, upon the accompanying Brief of Third-Party Defendant Amaya Gaming Group Inc. in Support of Its Motion to Dismiss Third-Party Defendant, Amaya Gaming Group Inc., by its undersigned attorneys, will move this Court at 500 Pearl Street, New York, New York 10007, on a date to be determined by the Court, for an order, pursuant to Federal Rule of Civil Procedure Rules 12(b)(2) and (6), dismissing the Third-Party Complaint.

Dated: October 11, 2012

/s/ Paul J. Hanly, Jr.
    Paul J. Hanly, Jr.

Robert G. Rikard (*Pro Hac Vice* Application Pending)
RIKARD & PROTOPAPAS LLC
1329 Blanding Street
Columbia SC 29201
rgr@rplegalgroup.com
803-978-6111

    Thomas I. Sheridan, III
HANLY CONROY BIERSTEIN SHERIDAN
  FISHER & HAYES LLP
112 Madison Avenue
New York, NY 10016
212-784-6401
phanly@hanlyconroy.com
212-784-6404
tsheridan@hanlyconroy.com

*Attorneys for Third-Party Defendant Amaya Gaming Group Inc.*