# GAGE SPENCER & FLEMING LLP

ATTORNEYS AT LAW

410 PARK AVENUE

NEW YORK, NEW YORK 10022

TELEPHONE: (212) 768-4900
FACSIMILE: (212) 768-3629
E-MAIL: info@gagespencer.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: _10_/_25_/_2012_

October 23, 2012

Via Facsimile

The Honorable Barbara S. Jones
United States District Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

     Re:    *WagerLogic Limited v. Paramount Digital Entertainment,*
             *Civil Action No. 11-CV-4310*

Dear Judge Jones:

       We represent Paramount Digital Entertainment ("Paramount") in the above-referenced matter.

       We write to request an extension of time in which to file Paramount's Opposition to the Motion to Dismiss filed by third-party defendant Amaya Gaming Group Inc. ("Amaya") on October 11, 2012. Paramount's Opposition to Amaya's motion is currently due on October 26, 2012. Due to scheduling conflicts, we respectfully request that the Court extend Paramount's time to file its Opposition until November 9, 2012.

       Paramount has not previously requested an extension of time to file its Opposition. On October 23, 2012, I spoke to Robert Rikard, counsel for Amaya, who agreed to the extension to November 9 requested herein.

                        Respectfully submitted,

                        G. Robert Gage, Jr.

*So ordered:*
*Barbara S. Jones*
*U.S.D.J.*
*10/23/12*

October 23, 2012
Page 2 of 2


cc: Robert Rikard, Esq.
    Thomas Sheridan, Esq.
    *Counsel for Amaya Gaming Group Inc.*

    Lawrence Kill, Esq.
    *Counsel for WagerLogic Limited, Cryptologic Limited, Gaming Portals Limited and
    WagerLogic Casino Software Limited*