# GAGE SPENCER & FLEMING LLP

ATTORNEYS AT LAW

410 PARK AVENUE

NEW YORK, NEW YORK 10022

TELEPHONE: (212) 768-4900
FACSIMILE: (212) 768-3629
E-MAIL: info@gagespencer.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: ___11/5/12___

November 5, 2012

Via Facsimile

The Honorable Barbara S. Jones
United States District Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

> Re:   *WagerLogic Limited v. Paramount Digital Entertainment,*
> *Civil Action No. 11-CV-4310*

Dear Judge Jones:

We represent Paramount Digital Entertainment ("Paramount") in the above-referenced matter.

We write to request an extension of time in which to file Paramount's Opposition to the Motion to Dismiss filed by third-party defendant Amaya Gaming Group Inc. ("Amaya") on October 11, 2012. Paramount's Opposition to Amaya's motion is currently due on November 9, 2012. We make this request because of the impact of the storm on our firm's infrastructure and the availability of our attorneys. We respectfully request that the Court extend Paramount's time to file its Opposition until November 23, 2012.

Paramount has been granted one previous request for an extension of time to file its Opposition. I spoke today with Robert Rikard, counsel for Amaya, who agreed to the extension to November 23 requested herein.

Respectfully submitted,

G. Robert Gage, Jr.

So ordered:
Barbara S. Jones
USDJ
11/5/12

Letter to the Honorable Barbara S. Jones
November 5, 2012
Page 2 of 2

cc: Robert Rikard, Esq.
    Thomas Sheridan, Esq.
    *Counsel for Amaya Gaming Group Inc.*

    Lawrence Kill, Esq.
    *Counsel for WagerLogic Limited, Cryptologic Limited, Gaming Portals Limited and WagerLogic Casino Software Limited*