USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: NOV 2 0 2012

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

WAGERLOGIC LIMITED,

                    Plaintiff,

        -v-

PARAMOUNT DIGITAL ENTERTAINMENT,
a division of PARAMOUNT PICTURES
CORPORATION,

                    Defendant.
------------------------------------------------------------X

11 Civ. 4310 (KBF)

ORDER

KATHERINE B. FORREST, District Judge:

    This matter having recently been transferred to the undersigned, it is hereby

    ORDERED that the Order of Reference to a Magistrate Judge for General Pretrial Purposes (ECF No. 3) is VACATED. All matters will proceed before Judge Forrest.

    IT IS FURTHER ORDERED that Amaya Gaming Group Inc.'s reply in further support of its motion to dismiss the third-party complaint shall be due December 7, 2012.

    The Court has courtesy copies of plaintiff WagerLogic Ltd.'s motion for partial summary judgment (Dkt. No. 58) and will render a decision on the motion as soon as practicable.

The Clerk of the Court is directed to terminate the reference to the Magistrate Judge.

SO ORDERED.

Dated: New York, New York
November 20, 2012

_____
KATHERINE B. FORREST
United States District Judge