# GAGE SPENCER & FLEMING LLP

ATTORNEYS AT LAW

410 PARK AVENUE

NEW YORK, NEW YORK 10022

TELEPHONE: (212) 768-4900
FACSIMILE: (212) 768-3629
E-MAIL: info@gagespencer.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED #: 11-19-12
```

November 16, 2012

<u>Via Facsimile</u>

The Honorable Debra Freeman
United States Magistrate Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

    Re:    *WagerLogic Limited v. Paramount Digital Entertainment,*
            <u>*Civil Action No. 11-CV-4310*</u>

Dear Judge Freeman:

    We represent Paramount Digital Entertainment ("Paramount") in the above-referenced matter.

    We write to confirm the parties' agreement during this morning's teleconference that all deadlines in this matter, including Paramount's time to file its opposition to the Motion to Dismiss filed by third-party defendant Amaya Gaming Group Inc. ("Amaya"), are extended until December 10, 2012.

                                  Respectfully submitted,

                                  *[signature]*

                                  G. Robert Gage, Jr.

cc:  Lawrence Kill, Esq. (by fascimile)
       Robert Rikard, Esq. (by fascimile)
       Thomas Sheridan, Esq. (by fascimile)

SO ORDERED:    DATE: 11/19/12

*[signature]*

**DEBRA FREEMAN**
**UNITED STATES MAGISTRATE JUDGE**