UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

WAGERLOGIC LIMITED,

                Plaintiff,

-v-

PARAMOUNT DIGITAL ENTERTAINMENT,
a division of PARAMOUNT PICTURES
CORPORATION,

                Defendant.
------------------------------------------------------------X

11 Civ. 4310 (KBF)

ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: NOV 20 2012

KATHERINE B. FORREST, District Judge:

    IT IS HEREBY ORDERED that per the parties' agreement and Magistrate Judge Freeman's letter endorsement prior to this Court's vacatur of the Reference for General Pretrial Purposes, Amaya Gaming Group Inc.'s reply in support of its motion to dismiss the third-party complaint shall be due **December 10, 2012.**

    IT IS FURTHER ORDERED that the parties are to appear for a status conference before the undersigned on **November 27, 2012, at 1:30 p.m.**

    SO ORDERED.

Dated: New York, New York
       November 20, 2012

                                        KATHERINE B. FORREST
                                        United States District Judge