UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
:
:                                              ORDER OF REFERENCE
:                                              TO A MAGISTRATE JUDGE
Plaintiff,                                     :
:
    -v-                                        :       (     ) (     )
:
:       USDC SDNY
:       DOCUMENT
Defendant.                                     :       ELECTRONICALLY FILED    11/20/12
:
                                               x
-----------------------------------------------------------------

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

| General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) | Consent under 28 U.S.C. §636(c) for all purposes (including trial) |

Specific Non-Dispositive
Motion/Dispute:*
_____

_____

_____

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____

Settlement*

Inquest After Default/Damages Hearing

Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)
Purpose:_____

Habeas Corpus

Social Security

Dispositive Motion (i.e., motion requiring a Report and Recommendation)
Particular Motion:_____
_____

All such motions: _____

*Do not check if already referred for general pretrial.

Dated _____

SO ORDERED:

*Katherine B. Forrest*

United States District Judge

