# GAGE SPENCER & FLEMING LLP

ATTORNEYS AT LAW

410 PARK AVENUE

NEW YORK, NEW YORK 10022

TELEPHONE: (212) 768-4900
FACSIMILE: (212) 768-3629
E-MAIL: info@gagespencer.com

November 21, 2012

Via Electronic Mail

The Honorable Katherine B. Forrest
United States District Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 730
New York, NY 10007-1312

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: NOV 21 2012
```

      Re:    *WagerLogic Limited v. Paramount Digital Entertainment,*
               *Civil Action No. 11-CV-4310*

Dear Judge Forrest:

      We represent Paramount Digital Entertainment ("Paramount") in the above-referenced matter.

      We write to request an adjournment of the status conference scheduled for November 27, 2012 to November 30, 2012 at 3:30pm. This is our first request for such an adjournment. I will be out of town on a previously-scheduled business commitment from the afternoon of Monday, November 26 through Thursday, November 29. Counsel for all parties have conferred about this request, and all parties consent to the adjournment to November 30.

      We appreciate the Court's consideration of this request.

                              Respectfully submitted,

                              G. Robert Gage, Jr.

Letter to the Honorable Katherine B. Forrest
November 21, 2012
Page 2 of 2

cc:  Lawrence Kill, Esq. (electronic mail)
     Robert Rikard, Esq. (electronic mail)
     Thomas Sheridan, Esq. (electronic mail)

**Application GRANTED**
**SO Ordered**

11/21/2012   *[signature]*
_____
HON. KATHERINE B. FORREST
UNITED STATES DISTRICT JUDGE