# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-------------------------------------X

IN THE MATTER OF REASSIGNMENT

                               NOTICE OF REASSIGNMENT

OF

CASES FROM HON. BARBARA S. JONES

-------------------------------------X

The cases on the attached list are reassigned to the calendar of:

      HON. KATHERINE B. FORREST

The attorney(s) for the plaintiff(s) are requested to serve a copy of this Notice of Reassignment on all defendants.

Dated: November 26, 2012

                               Ruby J. Krajick, CLERK

                               Philip Guarnieri
               By: _____
                               Deputy Clerk

cc: Attorneys of Record

Judge Jones to Judge Forrest

09-cv6492

11-cv-2425

11-cv4310

11-cv-8821

12-cv-4786

12-cv-5062

12-cv-7291

12-cv-7992