```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: November 28, 2012
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

WAGERLOGIC LIMITED,

                       Plaintiff,

                -v-

PARAMOUNT DIGITAL ENTERTAINMENT,
a division of PARAMOUNT PICTURES
CORPORATION,

                     Defendant.
------------------------------------------------------------------X

11 Civ. 4310 (KBF)

<u>ORDER</u>

KATHERINE B. FORREST, District Judge:

    IT IS HEREBY ORDERED that the November 30, 2012, status conference originally scheduled for 3:30 p.m. will be heard that same day (November 30) at 11:00 a.m.

    SO ORDERED.

Dated:  New York, New York
           November 28, 2012

                                                  _____
                                                  KATHERINE B. FORREST
                                                  United States District Judge