UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

WAGERLOGIC LIMITED,

                Plaintiff,

-v-

PARAMOUNT DIGITAL ENTERTAINMENT,
a division of PARAMOUNT PICTURES
CORPORATION,

                Defendant.
------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: **NOV 3 0 2012**

11 Civ. 4310 (KBF)

ORDER

KATHERINE B. FORREST, District Judge:

As set forth at the status conference with the Court held on November 30, 2012, it is hereby

ORDERED that no later than **December 19, 2012**, the parties should submit a joint letter providing a status report on discussions relating to the case. The letter may be provided electronically (with all counsel copied on the email) at ForrestNYSDChambers@nysd.uscourts.gov. If the matter is to proceed, the parties should confer and provide a proposed schedule for the remainder of this action (including a date for the filing of Paramount's amended counterclaims), with trial being set in July 2013.

IT IS FURTHER ORDERED that Paramount's opposition to Amaya's motion to dismiss the Third Party Complaint shall be due on **January 7, 2013**, with any reply due on **January 18, 2013**.

IT IS FURTHER ORDERED that the next status conference in this action (if the parties do not reach an agreement in principle) will be held on **February 15, 2013, at 4:00 p.m.**

SO ORDERED.

Dated: New York, New York
       November 30, 2012

_____
KATHERINE B. FORREST
United States District Judge