```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: DEC 1 3 2012
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

WAGERLOGIC LIMITED,

                Plaintiff,

     -v-

PARAMOUNT DIGITAL ENTERTAINMENT,
a division of PARAMOUNT PICTURES
CORPORATION,

                Defendant.
------------------------------------------------------------X

11 Civ. 4310 (KBF)

<u>ORDER</u>

KATHERINE B. FORREST, District Judge:

    It having been reported to this Court that the parties to this action have reached an agreement in principle to settle this matter, it is hereby

    ORDERED that the above-captioned action is hereby discontinued without costs to any party and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within thirty days.

    The Clerk of the Court is directed to terminate any pending motions and to close this action.

    SO ORDERED.

Dated: New York, New York
       December 13, 2012

                                            KATHERINE B. FORREST
                                            United States District Judge