# ANDERSON KILL & OLICK, P.C.

Attorneys and Counselors at Law

1251 AVENUE OF THE AMERICAS ■ NEW YORK, NY 10020-1182
TELEPHONE: 212-278-1000 ■ FAX: 212-278-1733
www.andersonkill.com

Lawrence Kill, Esq.
lkill@andersonkill.com
212-278-1722

By Hand

January 8, 2013

The Honorable Katherine B. Forrest
United States District
Southern District of New York
United States Courthouse, 500 Pearl Street
New York, NY 10007-1312

RECEIVED JAN 09 2013 KATHERINE B. FORREST U.S. DISTRICT JUDGE S.D.N.Y.

Re: WagerLogic Limited v. Paramount Digital Entertainment, Civil Action No. 11-CV-4310 (KBF)

ELECTRONICALLY FILED
DOC #:
DATE FILED: JAN 09 2013

Dear Judge Forrest:

      We are counsel to plaintiff WagerLogic Limited and all third party defendants except Amaya Gaming Group Inc. I write this letter on behalf of counsel for all parties to the subject litigation. This Court, on December 13, 2012, entered an order discontinuing the subject litigation without prejudice to restoring the action to this Court's calendar if application to restore such action is made with thirty days of such date. The deadline to do so is Monday, January 14, 2013.

      The parties to this action have been actively engaged in negotiations and discussions concerning the terms and conditions of an appropriate Merchandise Licensing Agreement, which would result in termination of this litigation. The Agreement is a complex 25-page document involving licensing of intellectual property rights to major motion pictures. Also, negotiations were slowed due to the year-end holidays. Thus, the parties believe they need a short extension of time in order to enable them to memorialize and finalize such Agreement.

      Accordingly, it is respectfully requested that the Court enter an order discontinuing the action without prejudice to restoring the action to this Court's calendar if application to restore the action is made by and including January 28, 2013, which represents an extension of fourteen days from the present January 14, 2013 deadline. This is the first request for such relief.

ANDERSON KILL & OLICK, P.C.
The Honorable Katherine B. Forrest
January 8, 2013
Page 2

The Court's attention to this matter is appreciated.

Respectfully submitted,

Lawrence Kill

LK:lbr

cc:   G. Robert Gage, Esq. (via email)
      (Attorney for Defendant and Third Party Plaintiff
      Paramount Digital Entertainment)

      Thomas Sheridan, Esq. (via email)
      (Attorney for Third Party Defendant
      Amaya Gaming Group Inc.)

Ordered
Application granted.

Jan. 9, 2013

HON. KATHERINE B. FORREST
UNITED STATES DISTRICT JUDGE

nydocs1-1002184.1