# HANLY CONROY BIERSTEIN SHERIDAN FISHER & HAYES LLP

112 MADISON AVENUE
NEW YORK, NEW YORK 10016-7416
www.hanlyconroy.com

ANDREA BIERSTEIN (NY & MA)
(212) 784-6403
MITCHELL M. BREIT (NY, NJ & VA)
(212) 784-6422
JAYNE CONROY (NY, DC & MA)
(212) 784-6402
CLINTON B. FISHER (NY & DC)
(212) 784-6446
PAUL J. HANLY, JR. (NY & TX)
(212) 784-6401
STEVEN M. HAYES (NY)
(212) 784-6414
THOMAS I. SHERIDAN, III (NY)
(212) 784-6404

TELEPHONE (MAIN)
(212) 784-6400

TELECOPIER
(212) 213-5949

EMAIL
jlucena@hanlyconroy.com

January 28, 2013

**VIA email:** ForrestNYSDChambers@nysd.uscourts.gov

Hon. Katherine B. Forrest
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

RE: *WagerLogic Limited, v. Paramount Digital Entertainment*, 11 Civ. 4310 (KBF)

Dear Judge Forrest:

I represent Third Party Defendant Amaya Gaming Group, Inc. I write on behalf of all parties to request an extension of time.

After the parties reached an agreement in principle to settle this action, on December 13, 2012, Your Honor entered a conditional order of dismissal, discontinuing this action without prejudice to restoring the action to this Court's calendar if application were made with thirty days. On January 9, 2013, Your Honor granted an extension of the deadline to January 28, 2013.

The parties to this action have been diligently engaged in negotiations and discussions concerning the terms and conditions of an appropriate Merchandise Licensing Agreement and Settlement Agreement, which are necessary to settle this litigation.

The Licensing Agreement is a complex 25-page document involving licensing of intellectual property rights to major motion pictures. The parties are close to reaching a final agreement on all the details of their agreement, but they will be unable to do so today. The parties believe that a short extension of February 1, 2013 will be sufficient to afford the parties time to finalize and execute the Settlement Agreement and the Licensing Agreement.

Accordingly, the parties request an extension of the time to apply to restore the case to

HANLY CONROY BIERSTEIN SHERIDAN FISHER & HAYES <sup>LLP</sup>

Hon. Katherine B. Forrest
January 28, 2013                                                                                          Page 2

the calendar to and including February 1, ~~2014~~ **2013**. In the alternative, the parties hereby jointly request that the case be restored to the calendar.

                                        Respectfully,

                                        /s/ Thomas I. Sheridan
                                        Thomas I. Sheridan, III

cc: All Counsel via email

*Ordered*
*Application granted.*

_____
HON. KATHERINE B. FORREST
UNITED STATES DISTRICT JUDGE

Jan. 28, 2013