UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



| | |
|---|---|
| WAGERLOGIC LIMITED,<br><br>　　　　Plaintiff and Counter-Defendant,<br><br>　　v.<br><br>PARAMOUNT DIGITAL ENTERTAINMENT, a division of PARAMOUNT PICTURES CORPORATION,<br><br>　　　　Defendant and Counter-Plaintiff,<br><br>　　v.<br><br>CRYPTOLOGIC LIMITED, GAMING PORTALS LIMITED, WAGERLOGIC CASINO SOFTWARE LIMITED, and AMAYA GAMING GROUP INC.,<br><br>　　　　Third-Party Defendants. | 11 Civ. 4310 (KBF)<br>(DCF)<br><br>**STIPULATION OF DISMISSAL** |

　　　　Pursuant to Rule 41(a)1)(A)(ii) of the Federal Rules of Civil Procedure, the Parties to this Action, through their attorneys, hereby stipulate that the Action, including all claims, counterclaims and third-party claims asserted herein, is discontinued with prejudice.

　　　　Each party shall bear its own attorneys' fees, expenses, and costs incurred in connection with the Action.

　　　　This Stipulation may be executed in counterparts and shall become effective and enforceable when counsel for all Parties have signed this Stipulation. All copies so executed shall constitute one and the same agreement. Facsimile signatures shall be binding as though originals.

_____
Lawrence Kill
Jeffrey E. Glen
ANDERSON KILL & OLICK, P.C.
1251 Avenue of the Americas
New York, NY 10020
(212) 278-1000
Fax: (212) 278-1733
lkill@andersonkill.com
jglen@andersonkill.com

*Attorneys for Plaintiff and for Third-Party Defendants CryptoLogic Limited, Gaming Portals Limited, and WagerLogic Casino Software Limited*

_____ (JEG by consent)
Thomas I. Sheridan, III
Paul J. Hanly, Jr.
HANLY CONROY BIERSTEIN SHERIDAN
   FISHER & HAYES LLP
112 Madison Avenue
New York, NY 10016
212-784-6401
phanly@hanlyconroy.com
212-784-6404
tsheridan@hanlyconroy.com

and

Robert G. Rikard *(Pro Hac Vice)*
RIKARD & PROTOPAPAS LLC
1329 Blanding Street
Columbia SC 29201
rgr@rplegalgroup.com
803-978-6111

*Attorneys for Third-Party Defendant Amaya Gaming Group Inc.*

_____
G. Robert Gage, Jr.
GAGE SPENCER & FLEMING, LLP
410 Park Avenue
New York, NY 10022
(212)768-4900
Fax: (212)769-3629
grgage@gagespencer.com

*Attorneys for Defendant Third-Party Plaintiff Paramount Digital Entertainment*

_____
SO ORDERED
Dated: February 5, 2013